**United States District Court**
For the Northern District of California

**\*E-FILED 7/27/05\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, ET AL., <br><br> Plaintiffs, <br> v. <br><br> SODEXHO MARRIOTT, ET AL., <br><br> Defendants. | NO. 5:02-cv-3894 RS <br><br> **ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

Defendant Sodexho, Inc. ("Sodexho") moves for a protective order to block the request of cross-defendant Hamilton Beach/Procter-Silex, Inc. ("Hamilton Beach") that Sodexho produce for expert examination a toaster involved in this product liability action. As Sodexho has not made the requisite showing of good cause, the motion is denied. Sodexho will permit Hamilton Beach's expert to test the toaster at Exponent's facilities in Menlo Park, California. The parties will meet and confer to agree on an appropriate testing protocol, and their experts and counsel will be permitted to observe the non-destructive testing.

IT IS SO ORDERED.

Dated: 7/27/05

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAVE BEEN DELIVERED TO:**

Donald W. Carlson     dcarlson@ccplaw.com, mjones@ccplaw.com;kamnott@ccplaw.com

Brian Doster Chase , Esq     bchase@bestattorney.com

Daniel J. Kelly     dkelly@hbblaw.com

Gavan R. Munter     gmunter@spt.com, vwatkins@spt.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**Dated: 7/27/05**                                                                 **Chambers of Judge Richard Seeborg**

                                                                                                    **By:**     **/s/ BAK**