

FILED
OCT 18 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SODEXHO MARRIOTT, et al.,<br><br>　　　　Defendants. | CASE NO.:   C02-03894 JF<br><br>STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT SODEXHO, INC.'S MOTION TO COMPEL SECOND DEPOSITION OF PLAINTIFF KAREN WHYMAN |
| AND ALL RELATED CROSS AND CONSOLIDATED ACTIONS | Date: November 8, 2005<br>Time: 9:30 a.m.<br>Dept: 4, Magistrate Judge Richard Seeborg<br><br>Trial Date: January 27, 2006 |

CARLSON CALLADINE & PETERSON, LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

STIPULATION CONTINUING HEARING ON DEFENDANT SODEXHO INC.'S MOTION TO COMPEL SECOND
DEPOSITION OF PLAINTIFF
Case No.: C02-03894 JF

## STIPULATION

IT IS HEREBY stipulated by the undersigned counsel for the parties that the hearing on Defendant Sodexho, Inc.'s Motion to Compel Second Deposition of Plaintiff is continued from October 26, 2005 to November 8, 2005 at 9:30 a.m., or as soon thereafter as the matter can be heard, in Courtroom 4 of the U.S. District Court for the Northern District of California located at 280 South First Street, San Jose, California. Any opposition memorandum must be filed on or before October 18, 2005 and any reply memorandum must be filed on or before October 25, 2005.

IT IS SO STIPULATED.

Pursuant to General Order 45, Section X B., Kathryn Amnott attests that concurrence in the filing of this document has been obtained from each of the other signatories and that she has on file said signatures indicated with an /s/ in this ECF document.

Dated: October 17, 2005        CARLSON, CALLADINE & PETERSON LLP

                               By: /s/ Kathryn Amnott
                               KATHRYN A. AMNOTT
                               Attorneys for Defendant Sodexho, Inc.

Dated: October    , 2005       BISNAR & CHASE, LLP

                               By: /s/
                               BRIAN D. CHASE
                               JERRY GANS
                               Attorneys for Plaintiff, Karen Whyman

Dated: October    , 2005       HAIGHT BROWN & BONESTEEL, LLP

                               By: /s/
                               DANIEL J. KELLY
                               Attorneys for Defendant Hamilton Beach/Proctor-Silex, Inc.

2

STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT SODEXHO INC.'S MOTION TO COMPEL SECOND DEPOSITION OF PLAINTIFF                                    Case No.: C02-03894 JF

Dated: October ___, 2005          ELIE & ASSOCIATES

By: /s/
GAVAN R. MUNTER
Attorneys for Plaintiff in Intervention, St. Paul Travelers

**ORDER**

Based upon the above Stipulation,

IT IS HEREBY ORDERED that the hearing on Defendant Sodexho, Inc.'s Motion to Compel Second Deposition of Plaintiff is continued from October 26, 2005 <u>to November 8, 2005 at 9:30 a.m.</u>, or as soon thereafter as the matter can be heard, in Courtroom 4 of the U.S. District Court for the Northern District of California located at 280 South First Street, San Jose, California. Any opposition memorandum must be filed on or before October 18, 2005 and any Reply memorandum must be filed on or before October 25, 2005.

IT IS SO ORDERED.

Dated: October 18, 2005

_____
Honorable Richard Seeborg
Magistrate Judge, United States District Court

STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT SODEXHO INC.'S MOTION TO COMPEL SECOND DEPOSITION OF PLAINTIFF                    Case No.: C02-03894 JF