1  Gavan R. Munter, Esq., SBN 134924
   ELIE & ASSOCIATES
2  11070 White Rock Road, Suite 200
3  Rancho Cordova, CA 95670                    **E-filed 10/19/05**
   Telephone (916) 638-6610
4  Facsimile (916) 638-6607

5  Attorneys for Plaintiff
6  TRAVELERS INDEMNITY COMPANY

7

8
           UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
9
                                SAN JOSE DIVISION
10
   TRAVELERS INDEMNITY COMPANY,        ) Case No.: C02-03894 JF
11                                     )
12          Plaintiff,                 ) **STIPULATION AND ORDER RE:**
   vs.                                 ) **JOINDER OF PLAINTIFFS ON MOTION**
13                                     ) **FOR LEAVE TO FILE FIRST AMENDED**
   SODEXHO MARRIOTT, et al.,           ) **COMPLAINT**
14                                     )
15          Defendants.                )
                                       ) Trial Date: January 27, 2006
16 _____)
                                       )
17 AND CONSOLIDATED/RELATED ACTIONS.
                                       )
18                                     )

19

20

21                                 **STIPULATION**

22          IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as

23 follows:

24          Plaintiff TRAVELERS INDEMNITY COMPANY is deemed to have joined in the motion of

25 Plaintiff KAREN WHYMAN for Leave to File First Amended Complaint and, if Ms. WHYMAN'S

26 Motion for Leave is granted, the allegations of that amended complaint be deemed the allegations of

27 Plaintiff TRAVELERS' workers' compensation subrogation action. It is further stipulated that any

28 opposition to Plaintiff's Motion to Amend shall be deemed to be filed in response to Travelers request to

1  join Plaintiff Whyman's Motion to Amend. This Stipulation is intended to provide for joinder of the
2  actions of the parties pursuant to the provisions of California Labor Code section 3853
3      IT IS SO STIPULATED.
4      Pursuant to General Order 45, Section XB., Gavan R. Munter attests that concurrence in the
5  filing of this document has been obtained from each of the other signatories and that he has on file said
6  signatures indicated with an /s/ in this ECF document.

7  Dated: October 17, 2005           ELIE & ASSOCIATES

8
9                                    _____
                                     By:   Gavan R. Munter, Attorney for Plaintiff
10                                          Travelers Indemnity Co.
11

12 Dated: October 17, 2005           BISNAR & CHASE

13
14                                   _____/s/_____
                                     By:   Brian D. Chase, Attorney for Plaintiff
15                                          Karen Whyman

16 Dated: October 17, 2005           CARLSON, CALLADINE & PETERSON

17
18                                   _____/s/_____
                                     By:   Kathryn Amnott, Attorney for Defendant
19                                          Sodexho, Inc.

20 Dated: October 17, 2005           HAIGHT, BROWN & BONESTEEL

21
22                                   _____/s/_____
23                                   By:   Daniel J. Kelly, Attorney for Defendant
                                            Hamilton Beach/Proctor-Silex
24

25                                        **ORDER**
26  Based upon the foregoing Stipulation of the parties and GOOD CAUSE APPEARING:
27  IT IS HEREBY ORDERED that Plaintiff TRAVELERS INDEMNITY COMPANY is deemed to
28  have joined in the motion of Plaintiff Karen Whyman for Leave to File First Amended Complaint and, if

1  Ms. Whyman's Motion for Leave is granted, the allegations of that amended complaint be deemed the
2  allegations of Plaintiff TRAVELERS' workers' compensation subrogation action.
3       IT IS SO ORDERED.
4
5  Dated: ___10/19___, 2005          /s/electronic signature authorized
                                      ───────────────────────────────
6                                     The Honorable Jeremy Fogel
                                      United States District Court