**E-filed 10/19/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SODEXHO MARRIOTT, et al.,<br><br>Defendants.<br><br>AND ALL RELATED CROSS AND CONSOLIDATED ACTIONS | CASE NO.:   C02-03894 JF<br><br>STIPULATION AND ORDER REVISING SCHEDULING ORDER TO EXTEND HEARING CUT OFF DATE FOR MOTION TO AMEND PLEADINGS AND EXTENDING EXPERT DISCLOSURE DEADLINES<br><br>Trial Date: January 27, 2006 |

STIPULATION AND ORDER REVISING SCHEDULING ORDER ADOPTED BY COURT AT JUNE 10, 2005 CASE MANAGEMENT CONFERENCE
Case No.: C02-03894

## STIPULATION

IT IS HEREBY stipulated by the undersigned counsel for the parties that the Scheduling Order adopted by the Court at the June 10, 2005 Case Management Conference is revised as follows:

1. The hearing cut off date for Motion to Amend Pleadings is extended to November 4, 2005.
2. The date for Initial Expert Disclosures is extended to November 14, 2005; and
3. The date for Supplemental Expert Disclosures is extended to December 9, 2005.

IT IS SO STIPULATED.

Pursuant to General Order 45, Section X B., Kathryn Amnott attests that concurrence in the filing of this document has been obtained from each of the other signatories and that she has on file said signatures indicated with an /s/ in this ECF document.

Dated: October 19, 2005

CARLSON, CALLADINE & PETERSON LLP

By: /s/
KATHRYN A. AMNOTT
Attorneys for Defendant Sodexho, Inc.

Dated: October   , 2005

BISNAR & CHASE, LLP

By: /s/
BRIAN D. CHASE
JERRY GANS
CLARICE J. LETIZIA
Attorneys for Plaintiff, Karen Whyman

Dated: October   , 2005

HAIGHT BROWN & BONESTEEL, LLP

By: /s/
DANIEL J. KELLY
Attorneys for Defendant Hamilton Beach/Proctor-Silex, Inc.

2

Dated: October    , 2005                    ELIE & ASSOCIATES

By:____/s/_____
GAVAN R. MUNTER
Attorneys for Plaintiff in Intervention, St. Paul Travelers

**ORDER**

Based upon the above Stipulation,

IT IS HEREBY ORDERED that the Scheduling Order adopted by the Court at the June 10, 2005 Case Management Conference is revised as follows:

4.   The hearing cut off date for Motion to Amend Pleadings is extended to November 4, 2005.

5.   The date for Initial Expert Disclosures is extended to November 14, 2005; and

6.   The date for Supplemental Expert Disclosures is extended to December 9, 2005.

IT IS SO ORDERED.

Dated:  10/19/05

/s/electronic signature authorized
The Honorable Jeremy Fogel
Judge, United States District Court

3

STIPULATION AND ORDER REVISING SCHEDULING ORDER ADOPTED BY COURT AT JUNE 10, 2005 CASE
MANAGEMENT CONFERENCE                                    Case No.: C02-03894 JF