**E-filed 10/27/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, ) | Case No. C02-03894 JF |
| Plaintiff, ) | STIPULATION AND |
| v. ) | [PROPOSED] ORDER EXTENDING DEADLINE FOR HEARING |
| SODEXHO MARRIOTT, et al., ) | DISPOSITIVE MOTIONS |
| Defendants. ) | Trial Date: January 27, 2006 |
| AND CONSOLIDATED ACTION AND RELATED CROSS-ACTION ) | |

It is hereby stipulated by and between plaintiff Travelers Indemnity Company ("Travelers"), plaintiff Karen Whyman ("Whyman"), defendant Sodexho, Inc. ("Sodexho"), and defendant Hamilton Beach/Proctor-Silex, Inc. ("Hamilton Beach"), by and through their respective counsel of record, that the hearing cutoff date for dispositive motions is extended from November 28, 2005 to December 9, 2005.

///
///
///
///
///
///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

HA23-0000012
3073847.1

1

Case No. C02-03894 JF
STIPULATION AND ORDER EXTENDING
DEADLINE FOR DISPOSITIVE MOTIONS

1  Good cause exists to extend the deadline given the court's calendar and the
2  Thanksgiving holiday which will preclude a hearing on the Friday prior to the existing
3  deadline.

4  **IT IS SO STIPULATED.**

5  Dated: October 17, 2005                    HAIGHT BROWN & BONESTEEL LLP

7                                              By: _____
8                                                 Daniel J. Kelly
                                                  Attorneys for Defendant and Cross-
                                                  Defendant HAMILTON
9                                                 BEACH/PROCTOR-SILEX, INC.

10 Dated: October ___, 2005                   BISNAR & CHASE LLP

12                                             By:        /s/
13                                                Jerry Gans
                                                  Attorneys for Plaintiff
                                                  KAREN WHYMAN

14
15 Dated: October 17, 2005                    ELIE & ASSOCIATES

16
                                               By: _____
17                                                Gavan R. Munter
                                                  Attorneys for Plaintiff
18                                                TRAVELERS INDEMNITY
                                                  COMPANY
19
20 Dated: October ___, 2005                   CARLSON CALLADINE & PETERSON
                                              LLP
21
22                                             By: _____
                                                  Donald W. Carlson
23                                                Kathryn A. Amnott
                                                  Attorneys for Defendant and Cross-
24                                                Complainant SODEXHO, INC.

25 **IT IS SO ORDERED.**
26
27 Dated: 10/26/05                             /s/electronic signature authorized

28                                             JEREMY FOGEL
                                               United States District Judge

1     Good cause exists to extend the deadline given the court's calendar and the
2 Thanksgiving holiday which will preclude a hearing on the Friday prior to the existing
3 deadline.

4     **IT IS SO STIPULATED.**

5 Dated: October 17, 2005     HAIGHT BROWN & BONESTEEL LLP

7 By: _____
8 Daniel J. Kelly
   Attorneys for Defendant and Cross-
   Defendant HAMILTON
9    BEACH/PROCTOR-SILEX, INC.

10 Dated: October ___, 2005     BISNAR & CHASE LLP

12 By: _____
13 Jerry Gans
   Attorneys for Plaintiff
   KAREN WHYMAN

14 Dated: October ___, 2005     ELIE & ASSOCIATES

16 By: _____
17 Gavan R. Munter
   Attorneys for Plaintiff
18    TRAVELERS INDEMNITY
   COMPANY

19 Dated: October 21, 2005     CARLSON CALLADINE & PETERSON LLP

21 By: _____
22 Donald W. Carlson
23 Kathryn A. Amnott
   Attorneys for Defendant and Cross-
   Complainant SODEXHO, INC.

25 **IT IS SO ORDERED.**

27 Dated: _____
    JEREMY FOGEL
28     United States District Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

HA23-0000012
3073847.1

2

Case No. C02-03894 JF
STIPULATION AND ORDER EXTENDING
DEADLINE FOR DISPOSITIVE MOTIONS

Received Oct-21-2005 04:50pm From- To-Haight Brown & Bones Page 003

## ATTESTATION RE ELECTRONIC SIGNATURES

I, Daniel J. Kelly, declare as follows:

1.  I am an attorney at the law firm of Haight Brown & Bonesteel LLP, counsel of record for defendant and cross-defendant Hamilton Beach/Proctor-Silex, Inc. in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.

2.  I hereby attest that all signatories listed on the attached stipulation have concurred in the filing of this document. This attestation is made in compliance with General Order No. 45, paragraph X.

Executed on October 24, 2005, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Daniel J. Kelly

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

HA23-0000012
3073847.1

3

Case No. C02-03894 JF
STIPULATION AND ORDER EXTENDING
DEADLINE FOR DISPOSITIVE MOTIONS