Gavan R. Munter, Esq., SBN 134924
ELIE & ASSOCIATES
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
Telephone (916) 638-6610
Facsimile (916) 638-6607

**E-filed 11/8/05**

Attorneys for Plaintiff
TRAVELERS INDEMNITY COMPANY

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> SODEXHO MARRIOTT, et al., <br><br> Defendants. <br><br> AND CONSOLIDATED/RELATED ACTIONS. | Case No.: C02-03894 JF <br><br> **STIPULATION AND ORDER RE: CORRECTING THE NAME OF PLAINTIFF TRAVELERS INDEMNITY COMPANY TO CHARTER OAK FIRE INSURANCE COMPANY** <br><br> Trial Date: January 30, 2006 |

**STIPULATION**

It having been recognized that Charter Oak Fire Insurance Company, a part of St. Paul Travelers Insurance Company, is the appropriate named plaintiff in subrogation in this matter:

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

Subrogation plaintiff Travelers Indemnity Company shall hereafter be identified in matters of record as **Charter Oak Fire Insurance Company**. All pleadings, discovery, correspondence and other matters of or relating to Travelers Indemnity Company in this case are deemed to apply to Charter Oak Fire Insurance Company.

IT IS SO STIPULATED.

Pursuant to General Order 45, Section XB., Gavan R. Munter attests that concurrence in the filing of this document has been obtained from each of the other signatories and that he has on file said signatures indicated with an /s/ in this ECF document.

Dated: November 4, 2005       ELIE & ASSOCIATES

/s/

By:   Gavan R. Munter, Attorney for Plaintiff
      Travelers Indemnity Co.

Dated: November 4, 2005       BISNAR & CHASE

/s/

By:   Jerry Gans, Attorney for Plaintiff
      Karen Whyman

Dated: November 3, 2005       CARLSON, CALLADINE & PETERSON

/s/

By:   Kathryn Amnott, Attorney for Defendant
      Sodexho, Inc.

Dated: November 3, 2005       HAIGHT, BROWN & BONESTEEL, LLP

/s/

By:   Daniel J. Kelly, Attorney for Defendant
      Hamilton Beach/Proctor-Silex, Inc.

///
///
///
///
///

## ORDER

Based upon the foregoing Stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the name of plaintiff, Travelers Indemnity Company, in this matter shall hereafter be changed to **Charter Oak Fire Insurance Company.**

Dated: 11/8 , 2005

/s/electronic signature authorized
_____
The Honorable Jeremy Fogel
United States District Court