1  DONALD W. CARLSON [Bar No.: 79258]
   KATHRYN A. AMNOTT [Bar No.: 148322]
2  CARLSON, CALLADINE & PETERSON LLP
   353 Sacramento Street, 16th Floor
3  San Francisco, California 94111
   Telephone:  (415) 391-3911
4  Facsimile:   (415) 391-3898

5  Attorneys for Defendant
   SODEXHO, INC.

**FILED**

DEC - 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SODEXHO MARRIOTT, et al.,<br><br>Defendants.<br><br>AND ALL RELATED CROSS AND CONSOLIDATED ACTIONS | CASE NO.:   C02-03894 JF<br><br>STIPULATION REGARDING TAKING OF SECOND DEPOSITION OF KAREN WHYMAN<br>AND ORDER THEREON |

   Plaintiff KAREN WHYMAN, by and through her counsel, Bisnar & Chase, and defendant SODEXHO, INC., by and through its counsel, Carlson, Calladine & Peterson, LLP, hereby agree and stipulate as follows:

   1.   That the second deposition of Karen Whyman shall be taken and shall last for no more than three (3) hours, exclusive of breaks, and shall be videotaped;

   2.   That defendant shall be entitled to ask questions regarding the premises at Hewlett Packard in Cupertino, CA and inquire regarding any premises liability issues;

   3.   That defendant shall be entitled to ask questions regarding any matters that have

////

1 | occurred since Ms. Whyman's last deposition was taken on July 18, 2003.
2 | IT IS SO STIPULATED.
3 |
4 | Pursuant to General Order 45, Section X B., Kathryn Amnott attests that concurrence in the filing
5 | of this document has been obtained from each of the other signatories and that she has on file said
6 | signatures indicated with an /s/ in this ECF document.

Dated: November 12/5, 2005       CARLSON, CALLADINE & PETERSON LLP

By: [signature]
KATHRYN A. AMNOTT
Attorneys for Defendant Sodexho, Inc.

Dated: November    , 2005         BISNAR & CHASE, LLP

By: /s/
JERRY GANS
Attorneys for Plaintiff, Karen Whyman

### ORDER

Based upon the above Stipulation, IT IS HEREBY ORDERED:

1. That the second deposition of Karen Whyman shall be taken and shall last for no more than three (3) hours, exclusive of breaks, and shall be videotaped;

2. That defendant shall be entitled to ask questions regarding the premises at Hewlett Packard in Cupertino, CA and inquire regarding any premises liability issues;

3. That defendant shall be entitled to ask questions regarding any matters that have occurred since Ms. Whyman's last deposition was taken on July 18, 2003.

IT IS SO ORDERED.

Dated: 12/5/05

The Honorable Richard Seeborg
Magistrate Judge, United States District Court