DONALD W. CARLSON [Bar No.: 79258]
KATHRYN A. AMNOTT [Bar No.: 148322]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:   (415) 391-3911
Facsimile:   (415) 391-3898

Attorneys for Defendant
SODEXHO, INC.

*E-FILED 12/6/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SODEXHO MARRIOTT, et al.,<br><br>　　　　Defendants. | CASE NO.:   C02-03894 JF<br><br>STIPULATION REGARDING MEDICAL EXAMINATION OF PLAINTIFF KAREN WHYMAN BY PETER C. CASSINI, M.D. AND ORDER THEREON |
| AND ALL RELATED CROSS AND CONSOLIDATED ACTIONS | |

　　　　Plaintiff KAREN WHYMAN, by and through her counsel, Bisnar & Chase, and defendant SODEXHO, INC., by and through its counsel, Carlson, Calladine & Peterson, LLP, hereby agree and stipulate as follows:

　　　　1.　　That plaintiff Karen Whyman shall appear at the office of Peter C. Cassini, M.D. at 1101 Welch Road, Suite C-5, Palo Alto, CA 94303, for examination on Thursday, December 8, 2005 at 10:00 a.m. which shall be conducted as follows:

　　　　2.　　The examination shall last for no more than two hours;

3. Plaintiff shall be entitled to have a representative of her attorney present at the examination as an observer (hereinafter "observer"); however the observer shall not participate, intrude or interfere in the examination;

4. The name of the observer shall be provided to counsel for Sodexho, Inc. prior to December 6, 2005.

5. Dr. Cassini shall conduct an interview/history taking session as a specialist in the field of neurology that addresses:

(a) plaintiff's medical history related to causation, pre-existing conditions or symptoms that could be related to the cause of her alleged injuries;

(b) the symptoms and complaints that plaintiff attributes to the alleged toaster incident that is the subject matter of this case, the history of her symptoms, and the alleged progression of said symptoms and complaints;

(c) the symptoms that plaintiff claims to have experienced at the time an electrical current allegedly entered her body and the duration of the symptoms.

6. The plaintiff will not complete any intake form or other writing at the examination;

7. Dr. Cassini shall be entitled to conduct an examination that allows him to reach opinions as a specialist in the field of neurology based on the injury plaintiff claims in this action which includes an alleged left ulnar nerve injury, an alleged complex regional pain syndrome, alleged right shoulder over-use, and an alleged inability to work. Dr. Cassini shall be allowed to perform a complete neurologic exam and musculoskeletal exam (including by way of example assessment of cranial nerves, motor, sensory, reflexes, coordination, and station) and provocative tests (such as Phalen's and Tinel's);

8. Plaintiff will not submit to any painful, protracted, or intrusive studies or tests and will not submit to any additional x-rays, EEG, EMG, blood tests or urinalysis;

9. The entire examination shall be tape recorded by Dr. Cassini and the observer;

10. Plaintiff and/or the observer reserve the right to suspend the medical examination if Dr. Cassini attempts to conduct testing or inquiry outside the areas of a specialist in the field of

STIPULATION RE MEDICAL EXAMINATION OF PLAINTIFF KAREN WHYMAN BY PETER C. CASSINI, M.D.

1 neurology or that is inconsistent with this stipulation; however, in the event the examination is
2 suspended and/or interrupted at any time, the plaintiff and observer shall remain at the
3 examination until all reasons for the suspension and/or interruption of the examination are stated
4 and tape recorded;

5   11.   Dr. Cassini and the observer shall be provided with a copy of this signed stipulation
6 prior to December 6, 2005, in time to provide them with an opportunity to contact counsel with
7 respect to any questions regarding the parameters of Dr. Cassini's examination of Karen Whyman.

8   IT IS SO STIPULATED.

10 Pursuant to General Order 45, Section X B., Kathryn Amnott attests that concurrence in the filing
11 of this document has been obtained from each of the other signatories and that she has on file said
12 signatures indicated with an /s/ in this ECF document.

13 Dated: December 6, 2005           CARLSON, CALLADINE & PETERSON LLP

14                                    By: /s/ Kathryn A. Amnott
15                                       KATHRYN A. AMNOTT
                                         Attorneys for Defendant Sodexho, Inc.

17 Dated: December    , 2005          BISNAR & CHASE, LLP

19                                    By:___/s/_____
                                         JERRY GANS
20                                       Attorneys for Plaintiff, Karen Whyman

22                                        **ORDER**

23 IT IS HEREBY ORDERED as stipulated above.

24 Dated: December 6, 2005
                                         /s/ Richard Seeborg
25                                       _____
                                         The Honorable Richard Seeborg
26                                       Magistrate Judge, United States District Court

27
28

3

STIPULATION RE MEDICAL EXAMINATION OF PLAINTIFF KAREN WHYMAN BY PETER C. CASSINI, M.D.

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111