**\*E-FILED 12/16/05\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, ET AL., <br><br> Plaintiffs, <br> v. <br><br> SODEXHO MARRIOTT, ET AL., <br><br> Defendants. <br> _____/ | NO. 5:02-cv-3894 JF (RS) <br><br> **ORDER GRANTING DEFENDANT'S REQUEST TO SHORTEN TIME FOR HEARING ON MOTION TO PROPOUND ADDITIONAL INTERROGATORIES** |

Defendant Sodexho, Inc. ("Sodexho") seeks leave to propound additional interrogatories as a result of the filing of an amended complaint by plaintiff Kathryn Amnott ("Amnott") which adds a new claim for relief based on premises liability. The motion is presently scheduled to be heard on January 18, 2006, however, a case management conference is scheduled before the presiding judge on January 14, 2006, at which time the finalized discovery schedule will be established. As a result, Sodexho requests that the Court hear its motion on January 11, 2006. Amnott does not object to the request. Based on all papers filed to date, the request to shorten time is granted. Amnott shall file her opposition to the motion to propound additional interrogatories on or before December 28, 2005. Sodexho shall

1 | file its reply brief on or before January 4, 2006. The motion shall be heard on January 11, 2006 at 9:30 a.m.
2 | IT IS SO ORDERED.
3 | Dated: 12/15/05                              /s/ Richard Seeborg
4 |                                              RICHARD SEEBORG
                                                 United States Magistrate Judge

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

2 Donald W. Carlson     dcarlson@ccplaw.com, mjones@ccplaw.com;kamnott@ccplaw.com

3 Brian Doster Chase , Esq     bchase@bestattorney.com

4 Daniel J. Kelly     dkelly@hbblaw.com

5 Gavan R. Munter     gmunter@spt.com, vwatkins@spt.com

7 **Dated: December 16, 2005**                                   **Chambers of Judge Richard Seeborg**

**By:**     **/s/ BAK**