1  DONALD W. CARLSON [Bar No.: 79258]
   KATHRYN A. AMNOTT [Bar No.: 148322]
2  CARLSON, CALLADINE & PETERSON LLP
   353 Sacramento Street, 16th Floor
3  San Francisco, California 94111        *E-FILED 1/3/06*
   Telephone:   (415) 391-3911
4  Facsimile:   (415) 391-3898

5  Attorneys for Defendant
   SODEXHO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TRAVELERS INDEMNITY COMPANY, | CASE NO.: C02-03894 JF |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION ADDRESSING DEFENDANT SODEXHO, INC.'S REQUEST TO PROPOUND MORE INTERROGATORIES THAN PERMITTED BY FED. R. CIV. P. 33 AND ORDER |
| SODEXHO MARRIOTT, et al., | |
| Defendants. | |
|  | Date: Wednesday, January 11, 2006<br>Time: 9:30 a.m.<br>Dept: 4, Magistrate Judge Richard Seeborg |
|  | Trial Date: None (January 27, 2006 vacated) |
| AND ALL RELATED CROSS AND CONSOLIDATED ACTIONS | |

Plaintiff, Karen Whyman, by and through her counsel, Bisnar & Chase, and defendant Sodexho, Inc. by and through its counsel, Carlson, Calladine & Peterson LLP, hereby agree and stipulate as follows:

1.  That Sodexho, Inc. may propound more interrogatories than permitted by Fed. R. Civ. P. 33 and serve the forty (40) interrogatories set forth in its Statement of Proposed Interrogatories accompanying and filed in support of its Motion for Leave to Propound More Interrogatories than Permitted by Fed. R. Civ. P. 33 pursuant to Local Rule 33-3;

2. That plaintiff Karen Whyman shall serve her responses to defendant Sodexho, Inc.'s forty (40) interrogatories allowed pursuant to this stipulation on or before January 11, 2006, via facsimile transmission, together with a verification of same; and

3. Plaintiff Karen Whyman shall not claim, argue, or object to Defendant's Request for Production of documents requesting production of documents identified in plaintiff's responses to the interrogatories that are addressed by this stipulation on the grounds that a further stipulation or a court order would purportedly be required for Defendant Sodexho, Inc., to obtain a response to its companion request for production of documents or production of the documents themselves.

IT IS SO STIPULATED.

Pursuant to General Order 45, Section X B., Kathryn Amnott attests that concurrence in the filing of this document has been obtained from the other signatory and that she has on file said signature indicated with an /s/ in this ECF document.

Dated: December 28, 2005            CARLSON, CALLADINE & PETERSON LLP

                                    By: /s/ Kathryn A. Amnott
                                        KATHRYN A. AMNOTT
                                        Attorneys for Defendant Sodexho, Inc.

Dated: December    , 2005           BISNAR & CHASE, LLP

                                    By: /S/
                                        BRIAN D. CHASE
                                        Attorneys for Plaintiff, Karen Whyman

2

STIPULATION ADDRESSING DEFENDANT SODEXHO, INC.'S REQUEST TO PROPOUND MORE INTERROGATORIES THAN PERMITTED BY FED. R. CIV. P. 33
Case No.: C02-03894 JF

## ORDER

Based on the parties' Stipulation as recited above entered into by and between the parties as confirmed by their counsel's endorsement thereon,

IT IS HEREBY ORDERED that:

(1) That Sodexho, Inc. may propound more interrogatories than permitted by Fed. R. Civ. P. 33 and serve the forty (40) interrogatories set forth in its Statement of Proposed Interrogatories accompanying and filed in support of its Motion for Leave to Propound More Interrogatories than Permitted by Fed. R. Civ. P. 33 pursuant to Local Rule 33-3;

(2) That plaintiff Karen Whyman shall serve her responses to defendant Sodexho, Inc.'s forty (40) interrogatories allowed pursuant to this stipulation on or before January 11, 2006, via facsimile transmission, together with a verification of same; and

(3) Plaintiff Karen Whyman shall not claim, argue, or object to Defendant's Request for Production of documents requesting production of documents identified in plaintiff's responses to the interrogatories addressed by this stipulation on the grounds that further stipulation or a court order would purportedly be required for Defendant Sodexho, Inc., to obtain a response to its companion request for production of documents or production of the documents themselves.

IT IS SO ORDERED.

Dated: 12/29/05

/s/ Richard Seeborg
The Honorable Richard Seeborg
Magistrate Judge, United States District Court

3

STIPULATION ADDRESSING DEFENDANT SODEXHO, INC.'S REQUEST TO PROPOUND MORE INTERROGATORIES THAN PERMITTED BY FED. R. CIV. P. 33
Case No.: C02-03894 JF