DONALD W. CARLSON [Bar No.: 79258]
KATHRYN A. AMNOTT [Bar No.: 148322]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:  (415) 391-3911
Facsimile:   (415) 391-3898

*E-FILED 1/11/06*

Attorneys for Defendant
SODEXHO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SODEXHO MARRIOTT, et al.,<br><br>Defendants. | CASE NO.:   C02-03894 JF<br><br>STIPULATION ADDRESSING DEFENDANT SODEXHO, INC.'S REQUEST TO PROPOUND MORE INTERROGATORIES THAN PERMITTED BY FED. R. CIV. P. 33 TO CHARTER OAK FIRE INSURANCE COMPANY AND COURT ORDER THEREON |
| AND ALL RELATED CROSS AND CONSOLIDATED ACTIONS | |

Plaintiff, Charter Oak Fire Insurance Company, by and through its counsel, Elie and Associates, and defendant Sodexho, Inc., by and through its counsel, Carlson, Calladine & Peterson LLP, hereby agree and stipulate as follows:

1. That Sodexho, Inc. may propound more interrogatories than permitted by Fed. R. Civ. P. 33 and serve thirty-six (36) additional interrogatories upon Plaintiff Charter Oak Fire Insurance Company; and

2. Plaintiff Charter Oak Fire Insurance Company shall not claim, argue, or object to Defendant's Request for Production of documents requesting production of documents identified

in plaintiff's responses to the interrogatories that are addressed by this stipulation on the grounds that a further stipulation or a court order would purportedly be required for Defendant Sodexho, Inc., to obtain a response to its companion request for production of documents or production of the documents themselves.

IT IS SO STIPULATED.

Pursuant to General Order 45, Section X B., Kathryn Amnott attests that concurrence in the filing of this document has been obtained from the other signatory and that she has on file said signature indicated with an /s/ in this ECF document.

Dated: January 9, 2006                    CARLSON, CALLADINE & PETERSON LLP

                                          By:_____/s/ Kathryn Amnott_____
                                              KATHRYN A. AMNOTT
                                              Attorneys for Defendant Sodexho, Inc.


Dated: January  , 2006                    ELIE AND ASSOCIATES

                                          By:_____/S/_____
                                              GAVAN R. MUNTER
                                              Attorneys for Plaintiff, Charter Oak Fire Insurance
                                              Company

**ORDER**

Based on the parties' Stipulation as recited above entered into by and between the parties as confirmed by their counsel's endorsement thereon,

2

STIPULATION ADDRESSING DEFENDANT SODEXHO, INC.'S REQUEST TO PROPOUND MORE INTERROGATORIES THAN PERMITTED BY FED. R. CIV. P. 33 TO PLAINTIFF CHARTER OAK FIRE INSURANCE COMPANY  Case No.: C02-03894 JF

IT IS HEREBY ORDERED that:

(1) Sodexho, Inc. may propound more interrogatories than permitted by Fed. R. Civ. P. 33 and serve thirty-six (36) additional interrogatories upon Plaintiff Charter Oak Fire Insurance Company; and

(2) Plaintiff Charter Oak Fire Insurance Company shall not claim, argue, or object to Defendant's Request for Production of documents requesting production of documents identified in plaintiff's responses to the interrogatories that are addressed by this stipulation on the grounds that a further stipulation or a court order would purportedly be required for Defendant Sodexho, Inc., to obtain a response to its companion request for production of documents or production of the documents themselves.

IT IS SO ORDERED.

Dated: January 11, 2006

/s/ Richard Seeborg
—————————————————
The Honorable Richard Seeborg
Magistrate Judge, United States District Court

3

STIPULATION ADDRESSING DEFENDANT SODEXHO, INC.'S REQUEST TO PROPOUND MORE INTERROGATORIES THAN PERMITTED BY FED. R. CIV. P. 33 TO PLAINTIFF CHARTER OAK FIRE INSURANCE COMPANY   Case No.: C02-03894 JF