| | |
|---|---|
| 1 | Gavan R. Munter, Esq., SBN 134924 |
| | ELIE & ASSOCIATES |
| 2 | 11070 White Rock Road, Suite 200 |
| 3 | Rancho Cordova, CA 95670 |
| | Telephone (916) 638-6610          **E-filed 5/3/06** |
| 4 | Facsimile (916) 638-6607 |

Attorneys for Plaintiff
CHARTER OAK FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARTER OAK FIRE INSURANCE COMPANY, | ) Case No.: C02-03894 JF |
| | ) |
| | ) STIPULATION AND AGREEMENT TO |
| Plaintiff, | ) MODIFY PRETRIAL CONFERENCE AND |
| vs. | ) PRETRIAL SCHEDULING ORDER and |
| | ) ORDER THEREON |
| SODEXHO MARRIOTT, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) **Trial Date: August 4, 2006** |
| AND ALL RELATED, CROSS, AND CONSOLIDATED ACTIONS. | ) |
| | ) |

**STIPULATION**

Plaintiff CHARTER OAK FIRE INSURANCE COMPANY, Plaintiff KAREN WHYMAN, Defendant SODEXHO, INC., and Defendant HAMILTON BEACH/PROCTOR SILEX, INC. (hereinafter "parties"), by and through their respective counsel of record, hereby Stipulate and agree as follows:

1.   Since the hearing on Defendant HAMILTON BEACH/PROCTOR SILEX, INC.'S Motion for Summary Judgment, at which time this Court rescheduled the Pretrial Conference to July 18, 2006, the parties have engaged in discovery, set the case for mediation and have agreed, with this court's

1  permission, to reset the Pretrial Conference to Wednesday, July 12, 2006. In addition, the parties have
2  agreed upon other dates for the filing of Motions in Limine, trial briefs and other matters in anticipation
3  of the August 4, 2006 trial date.
4        2.      Having received confirmation of the Court's availability to hold the Pretrial Conference,
5  the parties agree that the **new Pretrial Conference date shall be July 12, 2006.**
6        3.      **The parties further agree that Motions in Limine, Trial Briefs and Pretrial Disclosures**
7  **shall be submitted to the Court and exchanged by the parties prior to or at the July 12, 2006**
8  **Pretrial Conference.**
9        4.      **Objections to Pretrial Disclosures, as provided in FRCP a (3) shall be exchanged by**
10 **the parties and filed with the Court on or before Friday, July 28, 2006.**
11       5.      **The parties are presently set to participate in Mediation on May 31, 2006.**
12 **Furthermore, the parties have agreed that expert depositions shall not begin until after May 31,**
13 **2006.**
14       6.      The remaining dates remain applicable to the August 4, 2006 trial date:

| | |
|---|---|
| Initial Disclosures: | Complete |
| Hearing Cut Off Motion to Amend Pleadings: | April 21, 2006 |
| Non Expert Discovery Cut Off: | April 21, 2006 |
| Initial Expert Disclosures: | May 3, 2006 |
| Hearing Cut Off Non Expert Discovery Motions: | May 15, 2006 |
| Hearing Cut Off Dispositive Motions: | May 15, 2006 |
| Supplemental Expert Disclosures: | May 19, 2006 |

22       7.      The following modified dates have been agreed to by the parties:

| | |
|---|---|
| Expert Discovery Cut Off: | June 30, 2006. |
| Hearing Cut Off Expert Discovery Motions: | July 13, 2006. |

25  ///
26  ///
27  ///
28  ///



IT IS SO STIPULATED:

Dated: April 21, 2006   ELIE & ASSOCIATES

By: _____
Gavan R. Munter, Attorney for Plaintiff
Charter Oak Fire Insurance Company

Dated: April 21, 2006   BISNAR & CHASE

By: _____
Jerry Gans, Attorney for Plaintiff
Karen Whyman

Dated: April ____, 2006   CARLSON, CALLADINE & PETERSON

By: _____
Kathryn Amnott, Attorney for Defendant
Sodexho, Inc.

Dated: April 21, 2006   HAIGHT, BROWN & BONESTEEL, LLP

By: _____
Daniel J. Kelly, Attorney for Defendant
Hamilton Beach/Proctor-Silex, Inc.

## ORDER

Based on the Stipulation and Agreement of the parties as set forth herein as confirmed by their counsel's endorsements thereon,

IT IS HEREBY ORDERED that the pretrial/case management dates applicable to this case are as set forth in the above Stipulation of counsel.

IT IS SO ORDERED.

Dated: 5/2, 2006

_____
The Honorable Jeremy Fogel
United States District Court

3
Stipulation and Agreement to Modify Pretrial Conference and Pretrial Scheduling Order; Order Thereon
Case No. C02-03894 JF

IT IS SO STIPULATED:

Dated: April _____, 2006

ELIE & ASSOCIATES

By: _____
Gavan R. Munter, Attorney for Plaintiff
Charter Oak Fire Insurance Company

Dated: April _____, 2006

BISNAR & CHASE

By: _____
Jerry Gans, Attorney for Plaintiff
Karen Whyman

Dated: April 25, 2006

CARLSON, CALLADINE & PETERSON

By: _____
Kathryn Amnott, Attorney for Defendant
Sodexho, Inc.

Dated: April _____, 2006

HAIGHT, BROWN & BONESTEEL, LLP

By: _____
Daniel J. Kelly, Attorney for Defendant
Hamilton Beach/Proctor-Silex, Inc.

## ORDER

Based on the Stipulation and Agreement of the parties as set forth herein as confirmed by their counsel's endorsements thereon,

IT IS HEREBY ORDERED that the pretrial/case management dates applicable to this case are as set forth in the above Stipulation of counsel.

IT IS SO ORDERED.

Dated: _____, 2006

_____
The Honorable Jeremy Fogel
United States District Court