**E-Filed 8/18/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARTER OAK FIRE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>SODEXHO MARRIOTT, et al.,<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTION AND RELATED CROSS-ACTION | Case Number C 02-03894 JF<br><br>ORDER[1] GRANTING DEFENDANT HAMILTON BEACH'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT<br><br>[re: docket no. 185] |

On July 11, 2006, Defendant Hamilton Beach/Proctor-Silex, Inc. ("Hamilton Beach") filed a motion for an order determining that the settlement agreement entered into by and between Hamilton Beach and Plaintiffs Karen Whyman and Charter Oak Fire Insurance Company was entered into in good faith. Additionally, Hamilton Beach seeks an order dismissing Sodexho Inc.'s cross-complaint against Hamilton Beach with prejudice and barring Sodexho, Inc. and any other present or potential joint tortfeasor from bringing any future claims

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 02-03894 JF
ORDER GRANTING DEFENDANT HAMILTON BEACH'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT
(JFLC1)

1  against Hamilton Beach for equitable contribution or partial or comparative indemnity based on
2  comparative negligence or comparative fault and an Hamilton.  On August 17, 2006, Sodexho,
3  Inc. withdrew its opposition to Hamilton Beach's motion for determination of good faith
4  settlement.  Accordingly, the Court will GRANT the motion.
5      IT IS SO ORDERED.

7  DATED:  August 18, 2006

                                            JEREMY FOGEL
                                            United States District Judge

Case No. C 02-03894 JF
ORDER GRANTING DEFENDANT HAMILTON BEACH'S MOTION FOR DETERMINATION OF GOOD FAITH
SETTLEMENT
(JFLC1)

1  This Order has been served upon the following persons:

2  Donald W. Carlson          dcarlson@ccplaw.com, mjones@ccplaw.com;
                              kamnott@ccplaw.com; strumbull@ccplaw.com
3
   Brian Doster Chase, Esq    bchase@bestattorney.com
4
   Daniel J. Kelly            dkelly@hbblaw.com, bdennis@hbblaw.com
5
   Clarice J. Letizia         cletizia@bestattorney.com, rchavez@bestattorney.com
6
   Gavan R. Munter            gmunter@spt.com, ajleonar@spt.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 02-03894 JF
ORDER GRANTING DEFENDANT HAMILTON BEACH'S MOTION FOR DETERMINATION OF GOOD FAITH
SETTLEMENT
(JFLC1)