**BISNAR & CHASE** LLP
ONE NEWPORT PLACE
1301 DOVE ST., SUITE 120
NEWPORT BEACH, CA 92660
PHONE: (949) 752-2999
FACSIMILE: (949) 752-2777
BRIAN D. CHASE, State Bar No.164109
JERRY N. GANS, State Bar No. 113435
CLARICE J. LETIZIA, State Bar No. 129331

*E-FILED 8/31/06*

Attorneys for Plaintiff, KAREN WHYMAN

UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KAREN WHYMAN; TRAVELERS INDEMNITY COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> SODEXHO MARRIOTT; HAMILTON BEACH/PROCTOR SILEX, INC. et. al., <br><br> Defendants. <br><br> AND CONSOLIDATED/RELATED ACTIONS. | CASE NO. C 02-03894 JF <br><br> **STIPULATION AND ORDER REGARDING PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURES AND ADMISSIBILITY OF EMPLOYMENT RECORDS** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS.

WHEREAS The *Federal Rules of Civil Procedure*, Rule 26(a)(2)(C), allows the stipulation of the parties to control the timing and sequence of expert disclosures, and also provides for the disclosure of supplemental or rebuttal expert witnesses and reports, within 30 days after the disclosures made by the other party, if the evidence is intended to rebut or contradict evidence on the same subject matter identified by another party under paragraph 2(B) of Rule 26.

WHEREAS the Amended Updated Joint Case Management Statement, filed on or about January 13, 2006, provided for the designation of supplemental expert disclosures on May 19, 2006, only 16 days following the initial expert disclosures of May 3, 2006.

Therefore, it is hereby stipulated by and between the parties that all parties shall have

1  until the close of business on Friday, May 26, 2006 to serve supplemental / rebuttal expert reports,
2  but that Plaintiff shall be allowed to identify by name, address and specialty, a medical expert /
3  Neurologist, to contradict or rebut such evidence on the same subject matter identified by
4  defendants under paragraph 2(B), on May 26, 2006 and to disclose such supplemental report on
5  June 3, 2006.

6  In exchange for defendants' stipulation allowing plaintiff to so designate a rebuttal medical
7  expert and provide the expert witnesses report on June 3, 2006, in accordance with the *Federal*
8  *Rules of Civil Procedure*, plaintiff agrees to allow defendants to have the judge read to the jury at
9  trial, a statement indicating that plaintiff was terminated from her employment due to project
10 completion and not due to poor job performance.

11 IT IS SO STIPULATED.

12 DATED:   MAY 26, 2006           BISNAR & CHASE, LLP

13
14                                  _____
                                    BRIAN D. CHASE, ESQ.
15                                  JERRY GANS, ESQ.
                                    CLARICE J. LETIZIA, ESQ.
                                    Attorneys for Plaintiff, KAREN WHYMAN
16
   DATED:                          HAIGHT BROWN & BONESTEEL, LLP
17
18
                                    _____
19                                  DANIEL J. KELLY, Attorneys for Defendant, HAMILTON
                                    BEACH/PROCTOR-SILEX, INC.
20
   DATED:                          ELIE & ASSOCIATES
21
22
                                    _____
23                                  GAVAN R. MUNTER, Attorneys for Plaintiff in
                                    Intervention, ST PAUL TRAVELERS
24
   DATED:                          CARLSON, CALLADINE & PETERSON, LLP
25
26                                  _____
                                    DONALD W. CARLSON
27                                  KATHRYN ANN AMNOTT, Attorneys for Defendant and
                                    Cross-complainant SODEXHO, INC.
28

1  until the close of business on Friday, May 26, 2006 to serve supplemental / rebuttal expert reports,
2  but that Plaintiff shall be allowed to identify by name, address and specialty, a medical expert /
3  Neurologist, to contradict or rebut such evidence on the same subject matter identified by
4  defendants under paragraph 2(B), on May 26, 2006 and to disclose such supplemental report on
5  June 3, 2006.
6      In exchange for defendants' stipulation allowing plaintiff to so designate a rebuttal medical
7  expert and provide the expert witnesses report on June 3, 2006, in accordance with the *Federal*
8  *Rules of Civil Procedure*, plaintiff agrees to allow defendants to have the judge read to the jury at
9  trial, a statement indicating that plaintiff was terminated from her employment due to project
10 completion and not due to poor job performance.
11 IT IS SO STIPULATED.
12 DATED:   MAY 26, 2006        BISNAR & CHASE, LLP

14                              BRIAN D. CHASE, ESQ.
                                JERRY GANS, ESQ.
15                              CLARICE J. LETIZIA, ESQ.
                                Attorneys for Plaintiff, KAREN WHYMAN
16
   DATED: 5/30/06               HAIGHT BROWN & BONESTEEL, LLP
17

19                              DANIEL J. KELLY, Attorneys for Defendant, HAMILTON
                                BEACH/PROCTOR-SILEX, INC.
20
   DATED: 5/30/06               ELIE & ASSOCIATES

23                              GAVAN R. MUNTER, Attorneys for Plaintiff in
                                Intervention, ST PAUL TRAVELERS
24
   DATED:                       CARLSON, CALLADINE & PETERSON, LLP

27                              DONALD W. CARLSON
                                KATHRYN ANN AMNOTT, Attorneys for Defendant and
                                Cross-complainant SODEXHO, INC.

---
2
**Stipulation and Order Regarding Plaintiff's Supplemental / Rebuttal Expert Disclosures**

TOTAL P.05

## ORDER

Pursuant to the parties' stipulation as recited above, entered into by and among all of the parties to this action as confirmed by their counsel's signatures above,

IT IS HEREBY ORDERED that:

1. All parties shall have until close of business on Friday, May 26, 2006 to serve supplemental/rebuttal expert reports, however Plaintiff shall be allowed to identify by name, address and specialty, a medical expert / Neurologist, to contradict or rebut such evidence on the same subject matter identified by defendants under paragraph 2(B), on May 26, 2006 and thereafter, to provide a report by such disclosed rebuttal expert on June 3, 2006.

2. The judge shall read to the jury at trial, a statement indicating that plaintiff was terminated from her employment due to project completion and not due to poor job performance.

Dated: August 31, 2006

_____

Magistrate Judge, United States District Court

BISNAR & CHASE LLP

3

Stipulation and Order Regarding Plaintiff's Supplemental / Rebuttal Expert Disclosures