IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARTER OAK FIRE INSURANCE CO., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>SODEXHO MARRIOTT, ET AL.,<br><br>    DefendantSs. | Case No. C-02-3894 JF RS<br><br>ORDER REASSIGNING CASE FOR TRIAL |

    Because the trial date in the above-entitled matter conflicts with the trial date in a criminal case pending before the undersigned judge, and good cause therefor appearing, IT IS HEREBY ORDERED that the above-entitled case be transferred for trial to District Judge Charles R. Breyer.  Judge Breyer has scheduled a pre-trial conference for Wednesday, January 3, 2007 at 2:30 p.m.

Dated: 12/20/06

                                                          _____<br>
                                                          JEREMY FOGEL<br>
                                                          United States District Judge

1
2  Copies of Order mailed on _____ to:
3  (See Electronic Service List)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28