# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTER OAK FIRE INSURANCE CO., et al., | CASE NO. C 02-03894 JF |
| Plaintiffs, | **STIPULATION AND ORDER RE RESCHEDULED PRE-TRIAL CONFERENCE** |
| vs. | DATE: January 9, 2007 |
| SODEXHO MARRIOTT, et. al., | TIME: 2:30 p.m. |
| | PLACE: Courtroom 8, 19th Floor |
| Defendants. | TRIAL: January 26, 2006 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

WHEREAS the above encaptioned case was transferred for trial from District Judge Jeremy Fogel to District Judge Charles R. Breyer on December 20, 2006 due to a conflict with the trial date of a pending criminal trial before Judge Fogel;

WHEREAS, upon transfer of the case, the Court scheduled a pre-trial conference for Wednesday January 3, 2007 at 2:30 pm;

WHEREAS trial counsel for defendant Sodexho, Inc. has had long-standing family vacation plans and will be out of the country on January 3, 2007;

WHEREAS, after securing an available alternate date with the Court, counsel for the

---
1
**STIPULATION AND ORDER RE RESCHEDULED PRE-TRIAL CONFERENCE**

1 | parties have agreed to reschedule the pre-trial conference to take place on Tuesday January 9,
2 | 2007 at 2:30 pm;
3 | IT IS SO STIPULATED.

DATED: December 21, 2006        BISNAR & CHASE, LLP

_____
BRIAN D. CHASE, ESQ.
JERRY N. GANS, ESQ.
Attorneys for Plaintiff, KAREN WHYMAN


DATED: December 21, 2006        ELIE & ASSOCIATES


_____
GAVAN R. MUNTER, ESQ.
Attorneys for Plaintiff in Intervention, CHARTER OAK INSURANCE CO.


DATED: December 21, 2006        CARLSON, CALLADINE & PETERSON, LLP


_____
DONALD W. CARLSON, ESQ.
CHRISTOFER C. NOLAN, ESQ.
Attorneys for Defendant and Cross-complainant SODEXHO, INC.

1  parties have agreed to reschedule the pre-trial conference to take place on Tuesday January 9,
2  2007 at 2:30 pm;
3  IT IS SO STIPULATED.

DATED: December 21, 2006        BISNAR & CHASE, LLP


                                BRIAN D. CHASE, ESQ.
                                JERRY N. GANS, ESQ.
                                Attorneys for Plaintiff, KAREN WHYMAN


DATED: December 21, 2006        ELIE & ASSOCIATES


                                GAVAN R. MUNTER, ESQ.
                                Attorneys for Plaintiff in Intervention, CHARTER OAK
                                INSURANCE CO.


DATED: December 21, 2006        CARLSON, CALLADINE & PETERSON, LLP


                                DONALD W. CARLSON, ESQ.
                                CHRISTOFER C. NOLAN, ESQ.
                                Attorneys for Defendant and Cross-complainant SODEXHO,
                                INC.

parties have agreed to reschedule the pre-trial conference to take place on Tuesday January 9, 2007 at 2:30 pm;

IT IS SO STIPULATED.

DATED: December 21, 2006         BISNAR & CHASE, LLP

                                 _____
                                 BRIAN D. CHASE, ESQ.
                                 JERRY N. GANS, ESQ.
                                 Attorneys for Plaintiff, KAREN WHYMAN

DATED: December 21, 2006         ELIE & ASSOCIATES

                                 _____
                                 GAVAN R. MUNTER, ESQ.
                                 Attorneys for Plaintiff in Intervention, CHARTER OAK INSURANCE CO.

DATED: December 21, 2006         CARLSON, CALLADINE & PETERSON, LLP

                                 _____
                                 DONALD W. CARLSON, ESQ.
                                 CHRISTOFER C. NOLAN, ESQ.
                                 Attorneys for Defendant and Cross-complainant SODEXHO, INC.

## ORDER

Pursuant to the parties' stipulation as recited above, entered into by and among all of the parties to this action as confirmed by their counsel's signatures above, and with good cause shown:

IT IS HEREBY ORDERED that:

The pre-trial conference formerly scheduled to take place on Wednesday January 3, 2007 at 2:30 pm is continued and rescheduled for Tuesday January 9, 2007 at 2:30 pm in Courtroom 8, 19th Floor at 450 Golden Gate Ave., San Francisco, CA 94102.

Dated:  Dec. 21, 2006



CHARLES R. BREYER
United States District Judge

---

3

**STIPULATION AND ORDER RE RESCHEDULED PRE-TRIAL CONFERENCE**