IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTER OAK FIRE INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SODEXHO MARRIOTT, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 02-03894 CRB<br><br>**ORDER** |

　　　The Court hereby grants leave, though it does not require, Plaintiff Charter Oak Fire Insurance Company ("Charter Oak") and Defendant Sodexho Marriott ("Sodexho") to file simultaneous supplemental briefs addressing the following questions:

　　　(1) Is Charter Oak's payment of $444,588.92 pursuant to Plaintiff Karen Whyman's workers' compensation claim *admissible evidence* with regard to a claim for subrogation by Charter Oak against potential tortfeasors? If so, for what purpose is such evidence admissible?

　　　(2) Is Charter Oak's payment of $444,588.92 pursuant to Plaintiff Karen Whyman's workers' compensation claim *conclusive proof of the damages actually suffered* by Whyman in this case?

　　　(3) Assuming that Charter Oak can establish that Sodexho breached a duty of care to Plaintiff Karen Whyman and thereby caused injury to her, is Charter Oak's payment of $444,588.92 pursuant to Whyman's workers' compensation claim *conclusive proof of the extent of Sodexho's liability to Charter Oak* on this subrogation claim?

//

1   The parties' supplemental briefs regarding the admissibility and effect of Charter Oak's
2   payments to Whyman under a workers' compensation policy shall not exceed ten (10) pages
3   and shall be filed on or before Monday, March 12, 2007.
4       **IT IS SO ORDERED.**

7   Dated: March 8, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE