IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTER OAK FIRE INSURANCE COMPANY, et al., | No. C 02-03894 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| SODEXHO MARRIOTT, et al., | |
| Defendants. | |

The parties are hereby ORDERED to appear before the Court for a status conference at 8:30 a.m. on Friday, March 16, 2007.

**IT IS SO ORDERED.**

Dated: March 13, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\3894\order3.wpd